UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

19MC91345NMG

| | |
|---|---|
| In re:<br><br>EXDS, INC. ( f/k/a EXODUS COMMUNICATIONS, INC.), et al.,<br><br>Debtor. | Chapter 11<br><br>Case No.  01-10539 (PJW)<br><br>(Jointly Administered) |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.),<br>            Plaintiff,<br><br>v.<br><br>FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. aka FIDELTIY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.,<br><br>            Defendant. | Adv. Proc. No. 03-56190<br><br>Related to Docket No. 8 |

FILED IN CLERKS OFFICE
2019 AUG 12 PM 1:22
U.S. DISTRICT COURT
DISTRICT OF MASS.

CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on February 20, 2004 as it appears in the records of this court, and that:

X   No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
    (date)

An appeal was taken from this judgment, and the judgment was affirmed by mandate of the
_____ issued on _____.
          (name of court)                                                    (date)

An appeal was taken from this judgment, and the appeal was dismissed by order entered on
_____.
         (date)

_____
Clerk of the Bankruptcy Court

By: _____
         Deputy Clerk

8/1/19
Date

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), et al., | ) ) ) | Case No. 01-10539 (PJW) |
| | ) | Jointly Administered |
| Debtor. | ) ) | |
| EXDS, INC. (f/k/a EXODUS COMMUNICATIONS, INC.), | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Adversary No. 03-56190 |
| FIDELITY INVESTMENTS INSTITUTIONAL SERVICES COMPANY, INC. aka FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC., | ) ) ) ) ) ) | |
| | ) | Related to Docket No. 8 |
| Defendant. | ) | |



CERTIFIED: AS A TRUE COPY: ATTEST: UNA M. O'BOYLE, U.S. BANKRUPTCY COURT By _____ Deputy Clerk

FILED IN CLERKS OFFICE 2019 AUG 12 PM 1:22 U.S. DISTRICT COURT DISTRICT OF MASS.

### ORDER FOR JUDGMENT BY DEFAULT

**THIS MATTER COMING TO BE HEARD** upon the Motion of EXDS, Inc. for Entry of Default and Default Judgment (the "Motion"), filed by EXDS, Inc. (f/k/a Exodus Communications, Inc.) ("EXDS"); EXDS having given due and proper notice of the Motion as required by law; the Court having jurisdiction over the subject matter of this proceeding and the parties hereto; it appearing that the defendant Fidelity Investments Institutional Services Company, Inc. aka Fidelity Investments Institutional Operations Company, Inc. (the "Defendant") is not an infant, incompetent person, or in the military service; and the Defendant having failed to file an answer or other pleading responsive to the complaint in this proceeding;

491905.1 2/6/04

**IT IS HEREBY ORDERED THAT:**

A.   The Motion is granted;

B.   Pursuant to 11 U.S.C. § 502(d), any and all claims of the Defendant against EXDS are hereby disallowed;

C.   Judgment in the amount of $26,160.55, plus post-judgment interest as provided by 28 U.S.C. § 1961, is hereby entered in favor of EXDS and against Defendant; and

D.   This is a final order within the meaning of 28 U.S.C. §§ 157 and 158 and is effective immediately upon its entry.

*/s/ Peter J. Walsh*
Honorable Peter J. Walsh
United States Bankruptcy Judge

Dated: _Feb 20_, 2004